UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WILBER CAMPOS, on behalf of himself
and others similarly situated

          Plaintiff,

  -against-

CHRISTOPHER ROBIN, INC. and
CHRISTOPHER MORISCO,

          Defendants.

------------------------------------------------------------x

Civ. Action No.: 21-cv-05460
(JMA)(AYS)

FILED
CLERK
6/6/2022 10:46 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that, the Parties' SETTLEMENT AGREEMENT AND RELEASE having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court.

| | |
|---|---|
| LAW OFFICE OF PETER A. ROMERO PLLC<br>*Attorneys for Plaintiff*<br>490 Wheeler Road, Ste. 250<br>Hauppauge, New York 11788 | JACKSON LEWIS P.C.<br>*Attorneys for Defendants*<br>58 South Service Road, Ste. 250<br>Melville, New York 11747 |
| By: _____<br>Matthew J. Farnworth, Esq.<br>Peter A. Romero, Esq.<br>Dated: 4/8/22 | By: _____<br>Noel P. Tripp, Esq.<br><br>Dated: 4/8/22 |

SO ORDERED on this  6th  day of  June , 2022,

/s/ Joan M. Azrack
_____
U.S.D.J. AZRACK

4869-7951-6681, v. 2